IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CORNERSTONE WRECKER SALES, INC.**          PLAINTIFF

v.                    Case No. 3:08-cv-178-DPM

**BOWER SERVICES, INC.** and
**BOWER RECOVERY SPECIALISTS, INC.**          DEFENDANTS

ORDER

Cornerstone moves to compel answers to written discovery that it served on the Bower Defendants on 23 June 2010, the day after the Court held a hearing that addressed some preliminary motions. The Court ruled (among other things) that Cornerstone was entitled to discovery on the fraudulent-transfer claim. And the Court admonished the parties to get this and other remaining discovery done soon so this case can stay on track for a jury trial. Cornerstone complied. It promptly served interrogatories and requests for production on the Bower Defendants.

The Bower Defendants, however, have not responded to Cornerstone's written discovery. The Bower Defendants have not objected to any of that

discovery. And the Bower Defendants have not responded to Cornerstone's motion to compel responses.

The Court grants the motion to compel, *Document No. 68*. The Bower Defendants must answer Cornerstone's written discovery requests in full by 27 August 2010. The Court also orders the Bower Defendants to explain why Cornerstone is not entitled to a reasonable attorney's fee for having to move to compel. Fed. R. Civ. P. 37(a)(5). The Bower Defendants must also file their explanation by 27 August 2010.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 August 2010