# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CORNERSTONE WRECKER SALES, INC.　　　　　　PLAINTIFF/
　　　　　　　　　　　　　　　　　　　　　　COUNTER DEFENDANT

v.　　　　　　　　　No. 3:08-cv-178-DPM

BOWER SERVICES, INC.; PARKS
CHEVROLET, INC.; P AND G
CHEVROLET, INC.; and BOWER
RECOVERY SPECIALISTS, INC.　　　　　　　　DEFENDANTS

BOWER SERVICES, INC.　　　　　　　　　　　COUNTER CLAIMANT

## JUDGMENT

Cornerstone's complaint is dismissed without prejudice. Bower Services's counterclaim is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 February 2015